In the Matter of PERRY BELLAMY, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted October 29, 2012; decided November 19, 2012

Motion for poor person relief granted.

---

ISLAND PARK, LLC, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 29, 2012; decided November 19, 2012

Motion by New York Farm Bureau for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKIVA DANIEL ABRAHAM, Appellant.

Submitted November 5, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Jonathan S. Fishbein, Esq., 35 Fairview Ave., Delmar, New York 12054 assigned as counsel to the appellant on the appeal herein.